**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Leon-Leyva

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,          )<br>  )<br>v.                              )<br>  )<br>**LUIS ENRIQUE LEON-LEYVA,**  )<br>  )<br>       Defendant.         )<br>                                   ) | Case No. 08mj1091-01<br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                     Respectfully submitted,

Dated: April 11, 2008                 s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          michelle_betancourt@fd.org