UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                                          ) | |
|             Plaintiff,                         ) | Case No. 08mj1091-01 |
|                                                          ) | |
| v.                                                   ) | |
|                                                          ) | |
| LUIS ENRIQUE LEON-LEYVA,  ) | |
|                                                          ) | |
|             Defendant.                     ) | |
|                                                          ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  April 11, 2008                           */s/ Michelle Betancourt*
                                                              MICHELLE BETANCOURT
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              michelle_betancourt@fd.org