FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1316-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| LUIS ENRIQUE LEON-LEYVA (1) ) | (v)(II) - Transportation of |
| JOEL NEFTALI ) | Illegal Aliens and Aiding and |
| CASTILLO-VENTURA (2), ) | Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about April 7, 2008, within the Southern District of California, defendants LUIS ENRIQUE LEON-LEYVA and JOEL NEFTALI CASTILLO-VENTURA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fidel Gasga-Rubio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/24/08 .

             KAREN P. HEWITT
             United States Attorney

             for JEFFREY D. MOORE
             Assistant U.S. Attorney

JDM:rp:San Diego
4/23/08