FILED

MAY 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    Criminal No.  08 CR1316- BTM
                                     )
                Plaintiff,           )    **CONSENT TO RULE 11 PLEA IN A**
                                     )    **FELONY CASE BEFORE UNITED**
v.                                   )    **STATES MAGISTRATE JUDGE**
                                     )
LUIS ENRIQUE LEON-LEYVA, (01)        )
                                     )
                Defendant.           )
_____)

    I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

    I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

    I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: _5|12|08._     X _Luis E Jua_ _____

                           Defendant

Dated: _5|12|08._     _____

                           Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: _5/14/08_     _____

                           Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd